IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMAR SUMMERS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK NA, *et al.*,<br><br>Defendants.<br>———————————————————/ | No. C 11-04147 WHA<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

On September 12, 2011, plaintiff's application to proceed *in forma pauperis* was granted, and plaintiff's motion for leave to file a second amended complaint also was granted (Dkt. No. 16). Plaintiff, however, has not yet filed his proposed second amended complaint. Plaintiff Christopher Jamar Summers is hereby put on notice that the September 12 order did not automatically cause his proposed second amended complaint to become effective. Rather, it gave him permission to file it. Plaintiff Christopher Jamar Summers must file his second amended complaint by **NOVEMBER 1, 2011**. If he fails to do so, then the first amended complaint (Dkt. No. 6) will control.

**IT IS SO ORDERED.**

Dated: October 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE