IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMAR SUMMERS,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK NA, *et al.*,<br><br>    Defendants.<br>                                      / | No. C 11-04147 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING MOTION HEARING** |

On November 1, 2011, defendant Wells Fargo Bank N.A. filed a motion to dismiss (Dkt. No. 20). Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition to the motion was due on November 15. None was filed. Accordingly, plaintiff Christopher Jamar Summers is hereby **ORDERED TO SHOW CAUSE** why his claims against defendant Wells Fargo should not be dismissed for failure to oppose the motion. <u>Plaintiff Christopher Summers must file a written response to this order by **DECEMBER 1, 2011**</u>. If no response is filed or if good cause is not shown, then the motion may be granted. The motion hearing previously set for December 15, 2011, is **VACATED**.

**IT IS SO ORDERED.**

Dated: November 17, 2011.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE